**KROVATIN NAU LLC**
Gerald Krovatin, Esq. (Attorney No. 024351977)
60 Park Place, Suite 1100
Newark, New Jersey 07102
(973) 424-9777
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHILIP N. BURGESS, JR.; MICHELLE BURGESS; ALEXANDRIA BURGESS; Minor 1, Minor 2, Minor 3, by their parents Philip and Michelle Burgess and MICROBILT CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>LEONARD A. BENNETT; CONSUMER LITIGATION ASSOCIATES, P.C.; KRISTI CAHOON KELLY; KELLY GUZZO, PLC JACOB M. POLAKOFF; and BERGER MONTAGUE PC,<br><br>Defendants. | Civil Action No 3:20-cv-07103 (FLW-DEA)<br><br>Civil Action<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court on motion of the Plaintiffs, by their attorneys Krovatin Nau LLC, for an Order granting their Motion for Leave to File an Amended Complaint; and the Court having considered the submissions by the parties; and oral argument, if any; and for good cause shown,

**IT IS** on this _____ day of _____, 2020,

**ORDERED** that Plaintiffs' Motion for Leave to File an Amended Complaint is **GRANTED**; and it is further

        **ORDERED** that Plaintiffs must file their Amended Complaint by _____,
2020.

                                                _____
                                                Honorable Freda L. Wolfson, U.S.D.J.