**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
**Maxwell L. Billek, Esq. (055101993)**
**Michael P. Chipko, Esq. (011902011)**
**200 Campus Drive**
**Florham Park, New Jersey 07932-0668**
**Tel: (973) 624-0800**
**Fax: (973) 624-0808**
**Attorneys for Defendants, Leonard A. Bennett, Consumer Litigation**
**Associates, P.C., Kristi Cahoon Kelly, Kelly Guzzo, PLC**
**Our File: 9305.189**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

|  |  |
|---|---|
| PHILIP N. BURGESS, JR.; and MICROBILT CORPORATION, | Civil Action No. 3:20-cv-07103-FLW-DEA |
| Plaintiffs, |  |
| vs. | **NOTICE OF MOTION TO DISMISS BEHALF OF DEFENDANTS** |
| LEONARD A. BENNETT; CONSUMER LITIGATION ASSOCIATES, P.C.; KRISTI CAHOON KELLY; KELLY GUZZO, PLC | **ORAL ARGUMENT REQUESTED** |
| Defendants. | **RETURNABLE: FEBRUARY 7, 2022** |

_____

**TO:  Gerald Krovatin**
**KROVATIN NAU LLC**
**60 Park Place, Suite 1100**
**Newark, NJ 07102**
**Attorney for Plaintiffs**
**(VIA ECF)**

1

153010613v.1

**PLEASE TAKE NOTICE** that, on Monday, February 7, 2021 at 9:00 a.m., or as soon thereafter as the attorneys for the parties may be heard, the undersigned attorneys for Defendants will move before the Hon. Zahid N. Quraishi, U.S.D.J. at the United States District Court, District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 for an Order granting this Motion to Dismiss the Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), or, in the alternative, transferring this matter to the Eastern District of Virginia pursuant to 28 U.S.C. § 1404(a).

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendants rely upon the Brief and Certification of counsel submitted and filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed with this motion, and oral argument is requested on the return date.

> WILSON, ELSER, MOSKOWITZ, EDELMAN &
> DICKER LLP
>
> By:  _____/s/ Michael P. Chipko_____
>             Michael P. Chipko
>
> Attorneys for Defendants
> 200 Campus Drive
> Florham Park, NJ  07932-0668
> michael.chipko@wilsonelser.com
> maxwell.billek@wilsonelser.com

Dated: January 7, 2022