**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
**Maxwell L. Billek, Esq. (055101993)**
**Michael P. Chipko, Esq. (011902011)**
**200 Campus Drive**
**Florham Park, New Jersey 07932-0668**
**Tel: (973) 624-0800**
**Fax: (973) 624-0808**
**Attorneys for Defendants, Leonard A. Bennett, Consumer Litigation Associates, P.C., Kristi Cahoon Kelly, Kelly Guzzo, PLC**
**Our File: 9305.189**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| PHILIP N. BURGESS, JR.; and MICROBILT CORPORATION, | : : : : | Civil Action No. 3:20-cv-07103-FLW-DEA |
| Plaintiffs, | : : | |
| vs. | : : | **CERTIFICATION OF COUNSEL** |
| LEONARD A. BENNETT; CONSUMER LITIGATION ASSOCIATES, P.C.; KRISTI CAHOON KELLY; KELLY GUZZO, PLC, | : : : : : | |
| Defendants. | : : | **RETURNABLE: FEBRUARY 7, 2022** |

_____

I, Michael P. Chipko, Esq., an attorney duly licensed to pracice law before the United States District Court for the District of New Jersey, hereby declare:

1

1. I am a partner at the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for Defendants. I make this certification in support of Defendants' Motion to Dismiss with prejudice. I make this certification based upon my personal knowledge and a review of the files and records in this action.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Third Amended Complaint dated December 3, 2021 (Exhibit A to the Third Amended Complaint is omitted and reproduced separately as Exhibit B to this Motion).

3. Attached hereto as Exhibit B a true and correct copy of the Mann Class Action Complaint dated October 21, 2020 (Exhibit A to the Third Amended Complaint).

4. Attached hereto as Exhibit C is a true and correct copy of the Mann Class Action Summons to MicroBilt Financial dated October 21, 2020.

5. Attached hereto as Exhibit D is a true and correct copy of MicrboBilt Financial's Delaware Registration.

6. Attached hereto as Exhibit E is a true and correct copy of Judge Arpert's January 28, 2021 Order and Opinion denying Motion to Quash.

7. Attached hereto as Exhibit F is a true and correct copy of MicroBilt Interrogatories in the Virginia Williams Action dated June 2, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____/s/ Michael P. Chipko_____
      Michael P. Chipko

Attorneys for Defendants
200 Campus Drive
Florham Park, NJ  07932-0668
michael.chipko@wilsonelser.com
maxwell.billek@wilsonelser.com

Dated: January 7, 2022

153010612v.1