# EXHIBIT D

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3784571 | Incorporation Date / Formation Date: | 3/31/2004 (mm/dd/yyyy) |
| Entity Name: | MICROBILT FINANCIAL SERVICES CORP. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | DELAWARE BUSINESS INCORPORATORS, INC. | | |
| Address: | 3422 OLD CAPITOL TRL STE 700 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-996-5819 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status   ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]        [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.