# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

LULA WILLIAMS, GLORIA TURNAGE,
GEORGE HENGLE, and DOWIN COFFY,
    Plaintiffs,

v.

MICROBILT CORPORATION, et al.,
    Defendants.

Docket No.3:19-cv-00085-REP

**MICROBILT CORPORATION'S OBJECTIONS AND ANSWERS
TO PLAINTIFF'S INTERROGATORIES**

MicroBilt Corporation ("MicroBilt") hereby responds to Plaintiff's Interrogatories:

**GENERAL OBJECTIONS**

1.    MicroBilt objects to Plaintiff's Written Discovery on the grounds that her claims under the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.* (the "FCRA") are barred to the extent that the information allegedly conveyed was not FCRA governed.

2.    MicroBilt objects to Plaintiff's Written Discovery to the extent that they seek to impose duties or obligations beyond those required by the Federal Rules of Civil Procedure.

3.    MicroBilt objects to Plaintiff's Written Discovery to the extent that they seek documents or information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, or otherwise seek documents or information prepared in anticipation of litigation or for trial or which constitute or disclose the mental impressions, conclusions, opinions or legal theories of attorneys or other representatives of MicroBilt concerning this or any other litigation.

1

4. MicroBilt incorporates these General Objections into each specific response below as if set forth more fully.

**INTERROGATORIES**







7. State the factual basis of any and all affirmative defenses that you have asserted to the Plaintiffs' Complaint.

**ANSWER:**

1) This judicial district is not the proper venue or forum for this litigation, because Plaintiffs have filed an action against Philip Burgess in New Jersey alleging effectively the exact same facts and allegations as in this action, and this action should be transferred to New Jersey federal court for disposition together for judicial economy purposes, to avoid the high risk of potential inconsistent results, and to avoid the unnecessary expense and unfair prejudice to Burgess and MicroBilt and unfair advantage to Plaintiffs of proceeding in this action any further after waiting over seven (7) months to refile their action against Burgess;

2) The information which is the subject of the action was data which is not governed by the FCRA and therefore Plaintiffs fail to state a claim;

3) There was no FCRA obligation to disclose any inquiry in connection with the data because it was not FCRA governed and not furnished under circumstances which implicated the FCRA and therefore Plaintiffs fail to state a claim;

4) Plaintiffs cannot establish a willful violation of the FCRA because the data furnished was not FCRA governed or reasonably believed or known to be FCRA governed and therefore MicroBilt's compliant FCRA procedures were not implicated; and

5) MicroBilt did not act in a manner with reckless disregard of Plaintiffs' FCRA rights and its reading of the statute was not objectively unreasonable and did not represent an unjustifiably high risk of violating the FCRA or causing Plaintiffs any harm.



5



6





8

## AFFIRMATION

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.**

Signed: *Walter Wojciechowski, CEO*

Printed Name: WALTER WOJCIECHOWSKI

Dated: 6-02-2020

|  | Respectfully submitted, |
|---|---|
| Dated: June 2, 2020 | **MICROBILT CORPORATION** |
|  | By Counsel |

_____
Stanley P. Wellman (VSB No. 27618)
Melissa Y. York (VSB No. 77493)
Attorney(s) for Microbilt Corporation and Philip Burgess
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
swellman@hccw.com
myork@hccw.com

*Admitted Pro Hac Vice:*

Bruce Luckman, Esquire
Attorney for MicroBilt Corporation
Sherman, Silverstein, Kohl, Rose & Podolsky
308 Harper Drive – Suite 200
Moorestown, NJ  08057
Telephone:  (856) 662-0700
Facsimile:  (856) 488-4744
BLuckman@shermansilverstein.com

**CERTIFICATE OF SERVICE BY EMAIL**

I hereby certify that on the 2nd day of June, 2020, I emailed the foregoing to:

    Kristi Cahoon Kelly, Esq. (VSB No. 72791)
    Andrew J. Guzzo (VSB No. 82170)
    Casey S. Nash (VSB No. 84261)
    Kelly Guzzo, PLC
    3925 Chain Bridge Rd., Suite 202
    Fairfax, VA 22030
    kkelly@kellyguzzo.com
    aguzzo@kellyguzzo.com
    casey@kellyguzzo.com

    Leonard A. Bennett, Esq. (VSB No. 37523)
    Craig Carley Marchiando (VSB No. 89736)
    Consumer Litigation Associates, P.C.
    763 J. Clyde Morris Blvd., Suite 1-A
    Newport News, VA 23601
    lenbennett@clalegal.com
    craig@clalegal.com
    *Counsel for Plaintiffs*

    John Michael Erbach, Esq. (VSB No.
    Maurice Francis Mullins (VSB No.
    Spotts Fain PC
    411 E Franklin St. Suite 600
    Richmond, VA 23219
    jerbach@spottsfain.com
    cmullins@spottsfain.com

    Nicholas Dowd, Esq. (CSB No. 52957)
    William Ojile (CSB No. 26531)
    Richard Lawrence Scheff (PSB No. 35213)
    Armstrong Teasdale LLP (CO-NA)
    4643 S Ulster Street, Suite 800
    Denver, CO 80237
    ndowd@armstrongteasdale.com
    bojile@armstrongteasdale.com
    rlscheff@armstrongteasdale.com
    *Counsel for Matt Mortorello*

/s/ Melissa Y. York
_____
Stanley P. Wellman (VSB No. 27618)
Melissa Y. York (VSB No. 77493)
Attorney(s) for Microbilt Corporation and Philip Burgess
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
swellman@hccw.com
myork@hccw.com

*Admitted Pro Hac Vice:*

Bruce Luckman, Esquire
Attorney for MicroBilt Corporation
Sherman, Silverstein, Kohl, Rose & Podolsky
308 Harper Drive – Suite 200
Moorestown, NJ  08057
Telephone:  (856) 662-0700
Facsimile:  (856) 488-4744
BLuckman@shermansilverstein.com

11