**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Maxwell L. Billek, Esq. (055101993)
Michael P. Chipko, Esq. (011902011)
200 Campus Drive
Florham Park, New Jersey 07932-0668
Tel: (973) 624-0800
Fax: (973) 624-0808
Attorneys for Defendants, Leonard A. Bennett, Consumer Litigation Associates, P.C., Kristi Cahoon Kelly, Kelly Guzzo, PLC
Our File: 9305.189

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHILIP N. BURGESS, JR.; and MICROBILT CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>LEONARD A. BENNETT; CONSUMER LITIGATION ASSOCIATES, P.C.; KRISTI CAHOON KELLY; KELLY GUZZO, PLC,<br><br>Defendants. | Civil Action No. 3:20-cv-07103-FLW-DEA<br><br>**ORDER** |

This matter having been brought before the Court on the return date of the motion of Defendants to Dismiss the Third Amended Complaint with prejudice, or, in the alternative, transferring this matter to the Eastern

1

District of Virginia, and the Court having considered the moving papers and the arguments of counsel, and for good cause appearing,

**IT IS** on this \_\_\_\_ day of _____, 2022,

**IT IS ORDERED** that the Defendants' Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that the Amended Complaint is dismissed with prejudice; or, in the alternative, it is

**ORDERED** that the Amended Complaint is transferred to the Eastern District of Virginia; and it is further

**ORDERED** that all parties be provide with a copy of this Order within 10 days.

_____
Hon. Zahid N. Quraishi, U.S.D.J.