**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
**Maxwell L. Billek, Esq. (055101993)**
**Michael P. Chipko, Esq. (011902011)**
**200 Campus Drive**
**Florham Park, New Jersey 07932-0668**
**Tel: (973) 624-0800**
**Fax: (973) 624-0808**
**Attorneys for Defendants, Leonard A. Bennett, Consumer Litigation Associates, P.C., Kristi Cahoon Kelly, Kelly Guzzo, PLC**
**Our File: 9305.189**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| PHILIP N. BURGESS, JR.; and MICROBILT CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> LEONARD A. BENNETT; CONSUMER LITIGATION ASSOCIATES, P.C.; KRISTI CAHOON KELLY; KELLY GUZZO, PLC <br> Defendants. | Civil Action No. 3:20-cv-07103-FLW-DEA <br><br><br><br> **CERTIFICATION OF SERVICE** |

_____

      I hereby certify that on this date I caused to be served via ECF the Motion to Dismiss with prejudice and Motion to Transfer, and accompanying exhibits and certification, upon:

1

153010615v.1

**Gerald Krovatin**
**KROVATIN NAU LLC**
**60 Park Place, Suite 1100**
**Newark, NJ 07102**
**Attorney for Plaintiffs**
**(VIA ECF)**

With a courtesy hardcopy to the chambers of the Hon. Zahid N. Quraishi.

I certify under penalty of perjury that the foregoing is true and correct.

                                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                By: _____/s/ Michael P. Chipko_____
                                         Michael P. Chipko

                                Attorneys for Defendants
                                200 Campus Drive
                                Florham Park, NJ  07932-0668
                                michael.chipko@wilsonelser.com
                                maxwell.billek@wilsonelser.com

Dated: January 7, 2022

153010615v.1